**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, PATRICIA SERBERA ROBLEDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA SERBERA ROBLEDO,<br><br>Defendant. | CASE NO. 1:10-CR-00467 LJO<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:   APRIL 1, 2011<br>TIME:    9:00 am<br>JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR, attorney for Defendant, and KIRK SHERRIFF, Assistant U.S. Attorney for Plaintiff, that the status conference currently scheduled for April 1, 2011, at 9:00 a.m. shall be continued until **APRIL 29, 2011, at 9:00 a.m.**

This request for continuance is made by counsel for defendant to allow additional time for defense preparation prior to hearing and to ensure continuity of counsel. Defendant's attorney, Richard A. Beshwate, Jr., is currently in trial at the Fresno County Superior Court (People v Ernest Williams) and will not be available for the April 1st hearing. Additionally, defendant's attorney will not have sufficient opportunity to consult with defendant prior to the April 1st hearing date. Assistant United States Attorney Kirk Sherriff has

no objection to this requested continuance. The requested continuance will conserve time and resources for both counsel and the court.

The defendant and the government agree that any delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(I) & (iv), and that the defendant's need for a continuance outweighs the interests of the public and the defendant in a speedy trial.

DATED: March 29, 2011

    Respectfully submitted,

    /S/ Richard A. Beshwate, Jr.
    RICHARD A. BESHWATE, JR.
    Attorney for Defendant,
    PATRICIA SERBERA ROBLEDO

DATED: March 29, 2011

    Respectfully submitted,

    /S/ Kirk Sherriff
    KIRK SHERRIFF
    Assistant U.S. Attorney

.
.

**ORDER**

The status conference in this case be continued to **April 29, 2011, at 9:00 a.m.** Based on the grounds set forth in the parties' stipulation, time is excluded in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(I) & (iv), and that the defendant's need for a continuance outweighs the interests of the public and the defendant in a speedy trial. Good cause exists due to the trial conflict.

IT IS SO ORDERED.

**Dated:   March 29, 2011**      /s/ Lawrence J. O'Neill
    UNITED STATES DISTRICT JUDGE